App. Div.]               Second Department, October, 1908.

Alexander Gilmore, Jr., Respondent, v. Cecelia G. Wagner, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Great Northern Moulding Company, Respondent, v. Solomon Bonewur, Appellant. (Action No. 2.)—Appeal dismissed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Blossie A. Hanan, Individually and as Surviving Executrix, etc., of Marcus Hanan, Deceased, and as Executrix, etc., of Jennie Hanan, Deceased, Respondent, v. Richard W. Long, Defendant, Impleaded with George B. Quinn, Appellant. (No. 1.) — Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Blossie A. Hanan, Individually and as Surviving Executrix, etc., of Marcus Hanan, Deceased, and as Executrix, etc., of Jennie Hanan, Deceased, Appellant, v. Richard W. Long, Respondent, Impleaded with George B. Quinn, Defendant, (No. 2.) — Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Robert Holmes, Jr., Appellant, v. Paul Cohen, as Treasurer, etc., Respondent. — Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Rose C. Hoye, Appellant, v. John T. Oakley, Individually and as Commissioner of the Department of Water Supply, Gas and Electricity, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Rutherford Burchard Hults, Appellant, v. Harriet E. Van Deventer, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

In the Matter of Acquiring Title by the City of New York, Respondent, to Certain Lands and Premises Situated at the Southwesterly Corner of Macon Street and Hopkinson Avenue, in the Borough of Brooklyn in the City of New York, Selected as a Site for a Public Library. Joseph Weilar and Henry Freeman, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William Kissam, Appellant, v. United States Printing Company of Ohio and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

James Matthews and Gardiner D. Matthews, etc., Respondents, v. Lena M. Whitworth, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Henry J. McCabe, Respondent, v. American Mahogany Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

James McDonald, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Morris C. Mengis, Respondent, v. Frederick Lundy and Athenaise P. Lundy, Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.